James SIMPSON, Appellant,

v.

**MISSOURI DEPARTMENT OF NATURAL RESOURCES, Respondent,**

and

**Treasurer of the State of Missouri as Custodian of The Second Injury Fund, Respondent.**

No. 72920.

Missouri Court of Appeals, Eastern District, Division Four.

Jan. 6, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 11, 1998.

Application to Transfer Denied April 21, 1998.

Susan K. Roach, Law Offices of Susan K. Roach, Chesterfield, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, John A. LaNear, Erik Bolander, Asst. Attys. Gen., St. Louis, for respondent.

Before ROBERT G. DOWD, JR., P.J., and SIMON and HOFF, JJ.

### *ORDER*

PER CURIAM.

James Simpson appeals from the decision of the Labor and Industrial Relations Commission denying compensation from the Second Injury Fund. We affirm.

We have reviewed the briefs of the parties and the legal file and find that no error of law appears. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b).